# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                                         **Case No. 12-CR-216**

**TAUREEN L. LITTLE,**

    Defendant.

## DECISION AND ORDER

Before the Court is Defendant Taureen Little's (Little) motion to reduce his sentence pursuant to Amendment 782 of the United States Sentencing Guidelines which lowered the penalties for most drug offenses by reducing most offense levels on the 2D1.1 Drug Quantity Table by two levels. 18 U.S.C. § 3582(c) allows the Court to reduce a defendant's sentence if two criteria are satisfied: (1) the U.S. Sentencing Commission has lowered the applicable guideline range, and (2) the reduction is consistent with applicable policy statements issued by the Commission.

Unfortunately for Little, the first criterion for a reduction has not been met in his case. Little's guideline range was determined under Section 2K2.1—which is not changed by Amendment 782. The Court is not authorized under § 3582 to modify the term of imprisonment imposed "if …

the amendment does not have the effect of lowering the defendant's applicable guideline range … ." USSG § 1B1.10 app. note 1(A). Accordingly, his motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Little's motion to reduce sentence (ECF No. 41) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of June, 2016.

                                    **BY THE COURT:**

                                    _____
                                    **HON. RUDOLPH T. RANDA**
                                    **U.S. District Judge**